UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JAN 1 9 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  SI 4:15 CR 0005 RLW |
| | ) | |
| JOHN WEHRLE, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

## COUNT I

The United States Attorney charges that:

On or about June 23, 2011, in the Eastern District of Missouri, the defendant,

JOHN WEHRLE,

did willfully aid and assist in, or procure, counsel, or advise the preparation and presentation to the

Internal Revenue Service of a document, to wit, a purported "Promissory Note," that was false and

fraudulent as to a material matter in that it was represented to the Internal Revenue Service that the

document was executed on January 1, 2010 whereas, as the defendant then and there well knew and

believed, the document was in fact executed on or about June 23, 2011.

All in violation of Title 26, United States Code, Section 7206(2).

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

JENNIFER J. ROY, #47203MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102

UNITED STATES OF AMERICA          )
EASTERN DIVISION                  )
EASTERN DISTRICT OF MISSOURI      )


     I, Jennifer J. Roy, Assistant United States Attorney for the Eastern District of Missouri,

being duly sworn, do say that the foregoing information is true as I verily believe.


JENNIFER J. ROY, #47203MO


Subscribed and sworn to before me this ___ day of January, 2016


CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK